IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AMBER SAHBUDAK,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-931

_____/

Opinion filed May 12, 2017.

An appeal from Department of Children and Families.
Paula Ali, Hearing Officer.

Nathan S Williams, Jacksonville, for Appellant.

David G. Tucker, Department of Children and Families, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.